# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JERMAINE L. HENDERSON,**

    **Plaintiff,**

vs.                                             Case No. 4:18cv193-RH/CAS

**COLLEGE CLUB TOWNHOMES,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se and in forma pauperis, was granted an extension of time in which to file his second amended civil complaint as previously directed, ECF No. 6.  ECF Nos. 7-8.  Plaintiff's deadline for compliance was October 2, 2018, but as of this date, nothing further has been received from Plaintiff.

Because Plaintiff was warned that if he failed to comply, this case would be dismissed, *see* ECF No. 8, it appears that Plaintiff has abandoned this litigation.  Accordingly, it is recommended that this case be dismissed without prejudice.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), and for failure to comply with court Orders.

**IN CHAMBERS** at Tallahassee, Florida, on October 18, 2018.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.